Certificate Number: 16339-PAE-DE-039727409

Bankruptcy Case Number: 21-12833



16339-PAE-DE-039727409

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 3, 2025, at 11:08 o'clock AM EDT, Paul Swallow completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  June 3, 2025          By:    /s/Kelley Tipton

Name:  Kelley Tipton

Title:  Certified Financial Counselor