**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:**<br>**PAUL SWALLOW**<br><br>**Debtor** | **Chapter 13**<br><br>**Case No.21-12833-AMC** |

# NOTICE OF COMPLETION OF PLAN PAYMENTS

Kenneth E. West, Standing Chapter 13 Trustee, files this notice pursuant to Local Bankruptcy Rule 4004-3 of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

The Trustee reports to the Court that the above-named Debtor(s) has/have completed all Trustee payments under the confirmed Chapter 13 plan.

Respectfully submitted,

Date: November 18, 2026 By: */s/ Kenneth E. West*

Kenneth E. West, Esquire, Chapter 13 Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
(215) 627-1377 (Phone)