United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-12833-amc
Paul Swallow Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Nov 19, 2026 Form ID: 138OBJ Total Noticed: 25

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul Swallow, 4315 Sheffield Street, Philadelphia, PA 19136-3221 |
| 14643537 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 14643539 | + | Philadelphia Traffic Court, Hon. Gary Glazer, 800 Spring Garden Street, Philadelphia, PA 19123-2616 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 19 2026 23:29:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 19 2026 23:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14643527 | ^ | MEBN | Nov 19 2026 22:59:30 | Account Resolution Services, Attn: Bankruptcy, PO Box 459079, Sunrise, FL 33345-9079 |
| 14643529 | | Email/Text: megan.harper@phila.gov | Nov 19 2026 23:29:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphia, PA 19102 |
| 14643530 | | Email/Text: megan.harper@phila.gov | Nov 19 2026 23:29:00 | City of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 14643528 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 19 2026 23:26:31 | Capital One, AttnL: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14643531 | + | Email/Text: bankruptcy@philapark.org | Nov 19 2026 23:29:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14643532 | + | Email/Text: commonwealth@ebn.phinsolutions.com | Nov 19 2026 23:18:00 | Commonwealth Financial Systems, Attn: Bankruptcy, 245 Main Street, Dickson City, PA 18519-1641 |
| 14643533 | | Email/Text: bankruptcycourts@equifax.com | Nov 19 2026 23:29:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374 |
| 14643534 | ^ | MEBN | Nov 19 2026 22:59:28 | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 14643535 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 19 2026 23:29:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14807202 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 19 2026 23:27:11 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14785160 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 19 2026 23:26:35 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14643536 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 19 2026 23:29:00 | Navy FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 14660033 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Nov 19 2026 23:29:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14643538 | + | Email/Text: bankruptcy@philapark.org | Nov 19 2026 23:29:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14643541 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 19 2026 23:26:27 | Syncb/hdceap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14664596 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2026 23:26:35 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14643854 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2026 23:27:11 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14643953 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 19 2026 23:27:28 | Synchrony Bank, c/o Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14643542 | | Email/Text: DASPUBREC@transunion.com | Nov 19 2026 23:17:00 | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661 |
| 14643543 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Nov 19 2026 23:29:00 | Us Bank, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14643540 | ##+ | Phoenix Financial Services, LLC, Attn: Bankruptcy, PO Box 361450, Indianapolis,, IN 46236-1450 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |

| | |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Paul Swallow help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

***Form 138OBJ*** (6/24)−doc 57 − 56

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>Paul Swallow<br><br>Debtor(s). | ) ) ) ) ) ) ) | Case No. 21−12833−amc<br><br>Chapter: 13 |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed on or before **December 21, 2026** with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 19, 2026

For The Court

Mohung Wong
Clerk of Court